# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-40945
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
February 18, 2015

Lyle W. Cayce
Clerk

COURTLAND DEWAYNE LINDSAY,

   Plaintiff - Appellant

v.

WHITEHOUSE POLICE DEPARTMENT; TYLER FIRE AND
EMERGENCY, Tyler, TX 75701-09; CITY OF WHITEHOUSE, Patrol Unit
101 Bascom  Whitehouse, TX 75791; OFFICER  BRYAND; OFFICER S.
JOHNSON, Whitehouse PD,

   Defendants - Appellees

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:13-cv-677

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM:*

  The district court dismissed Lindsay's Amended Complaint for failure to provide a short and plain statement of the grounds for federal jurisdiction or such a statement of a claim showing that he is entitled to relief.[1]  *See* Fed. R.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] The Amended Complaint stated:

No. 14-40945

Civ. P. 8(a). Lindsay's largely unintelligible brief on appeal cannot cure, and does not even address, these deficiencies in his pleading. His appeal is accordingly DISMISSED.

---

Here is my Amended Complaint. Motion to policy under the fundamental philosophy of the American constitutional form of representative government that adheres to the principle that government is the servant and not the master of the people. Citing page 2 of 115 of Government Code Subchapter A. General Provisions.